No. 402. BERWIND-WHITE COAL MINING COMPANY, PETITIONER, *v.* JOHN C. MARTIN. October 19, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank P. Prichard* for petitioner. *Mr. Rudolph M. Schick* for respondents.

No. 403. ALEXIS M. SALLIOTTE, PETITIONER, *v.* KING BRIDGE COMPANY. October 19, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George William Moore* and *Mr. George Whitney Moore* for petitioner. *Mr. John C. Donnelly* and *Mr. Michael Brennan* for respondent.

No. 404. GEORGE WHITNEY MOORE ET AL., PETITIONERS, *v.* A. B. HAMMOND ET AL. October 19, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George William Moore* and *Mr. George Whitney Moore* for petitioners. *Mr. John H. Mitchell* for respondents.

No. 411. MUTUAL RESERVE LIFE INSURANCE COMPANY, PETITIONER, *v.* THOMAS FERRENBACH, EXECUTOR, ETC. October 19, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James C. Jones* for petitioner. No appearance for respondents.